IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06–00190-02-CR-W-HFS |
| LORRAINE C. STEGMAIER, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Pending before the court is a motion to quash defendant's subpoena for personnel records. Briefing indicates that there is a newly disclosed issue relating to the credibility of Officer Christopher Paris, formerly with the Lee's Summit police department. I previously denied defendant's motion to suppress, relying on the testimony of Officer Paris, before materially impeaching information became known. My understanding is that Officer Paris claims he was the sole witness to defendant's handling of a marijuana cigarette, supposedly placed in her handbag (but not later found). This information was critical to my ruling.

A change of plea is reportedly being scheduled, but reserving the right to appeal the denial of the motion to suppress.

Rather than send this case up on a limited record on what may be controlling evidence I believe a supplemental record should be made, and there should be reconsideration of the credibility issue or of any other facts that would authorize denial of the motion to suppress.

My order denying the motion to suppress is therefore VACATED.

Further proceedings should be scheduled by Judge Larsen, who should have incidental

control over evidentiary issues, including the motion to quash.

It is SO ORDERED

                                                      /s/ Howard F. Sachs
                                                      HOWARD F. SACHS
                                                      UNITED STATES DISTRICT JUDGE

December  21 , 2007

Kansas City, Missouri